Diana G. Dickinson, Esq.
Nevada Bar No. 13477
Littler Mendelson, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
ddickinson@littler.com

Attorneys for Defendant
BACKGROUNDCHECKS.COM LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Carina Cordero,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC and Capital One Financial Corporation,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00592-JCM-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff CARINA CORDERO ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of April 22, 2024, up to and including **May 22, 2024.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV
89169.5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: April 18, 2024

Respectfully submitted,

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
CARINA CORDERO

Dated: April 18, 2024

Respectfully submitted,

/s/ Diana G. Dickinson
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: 4/19/24

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2