Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One Auto Finance, A Division of Capital One, N.A., erroneously sued as "Capital One Financial Corporation"*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARINA CORDERO, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC.; BACKGROUNDCHECKS.COM LLC and CAPITAL ONE FINANCIAL CORPORATION <br><br> Defendants. | CASE NO.:   2:24-cv-00592-JCM-MDC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. TO FILE RESPONSIVE PLEADING TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Carina Cordero ("Plaintiff") and Defendant Capital One Auto Finance, A Division of Capital One, N.A., erroneously sued as "Capital One Financial Corporation," ("Capital One" and together with Plaintiff, the "Parties") stipulate and agree as follows:

1.   Capital One's current deadline to file its responsive pleading to the Complaint is April 22, 2024;

2.   Immediately upon being retained by Capital One, on the morning of April 18, 2024, counsel for Capital One reached out to Plaintiff's counsel to request additional time to file a responsive pleading;

3.   The Parties agreed that good cause exists to extend the responsive pleading deadline by thirty (30) days to allow the newly engaged defense counsel to obtain and review a

1  copy of the file and gather additional facts and information while continuing to devote resources
2  to exploring the potential for early resolution of this matter; and
3     4.    The Parties agree to extend the deadline for Capital One to file a responsive
4  pleading to the Complaint to May 22, 2024;
5     5.    This stipulation is made in good faith and not for the purpose of delay.
6  **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**
7  Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended.
8  Capital One shall file its responsive pleading on or before May 22, 2024.

DATED this 19th day of April, 2024.  
McDONALD CARANO LLP

By: */s/ Karyna M. Armstrong*
   Aaron D. Shipley (NSBN 8258)
   Karyna M. Armstrong (NSBN 16044)
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102

*Attorneys for Defendant Capital One Auto Finance, A Division of Capital One, N.A.*

DATED this 19th day of April, 2024.  
FREEDOM LAW FIRM, LLC

By: */s/ Gerardo Avalos*
   George Haines (NSBN 9411)
   Gerardo Avalos (NSBN 15171)
   8985 South Eastern Ave., Suite 100
   Las Vegas, NV 89123

*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-24-24

2