George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Carina Cordero*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Carina Cordero,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC and Capital One Financial Corporation,<br><br>　　　　　　　Defendants. | Case No.: 2:24-cv-00592<br><br>**Stipulation for dismissal of Backgroundchecks.com LLC with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Carina Cordero and Backgroundchecks.com LLC stipulate to dismiss Plaintiff's claims against Backgroundchecks.com LLC with prejudice.

///
///
///

STIPULATION                                            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 16, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Carina Cordero*

**LITTLER MENDELSON, P.C.**

/s/ *Andrew S. Clark*
Diana G. Dickinson, Esq.
Andrew S. Clark, Esq.
3960 Howard Hughes Parkway Suite 300
Las Vegas, Nevada 89169-5937
*Counsel for Backgroundchecks.com LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 20, 2024

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 16, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Carina Cordero*

**LITTLER MENDELSON, P.C.**

/s/ *Andrew S. Clark*
Diana G. Dickinson, Esq.
Andrew S. Clark, Esq.
3960 Howard Hughes Parkway Suite 300
Las Vegas, Nevada 89169-5937
*Counsel for Backgroundchecks.com LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 20, 2024