Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One Auto Finance, A Division of Capital One, N.A., erroneously sued as "Capital One Financial Corporation"*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARINA CORDERO,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC.; BACKGROUNDCHECKS.COM LLC and CAPITAL ONE FINANCIAL CORPORATION<br><br>  Defendants. | CASE NO.:   2:24-cv-00592-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Carina Cordero ("Plaintiff") and Defendant Capital One Auto Finance, A Division of Capital One, N.A., erroneously sued as "Capital One Financial Corporation," ("Capital One" and together with Plaintiff, the "Parties") stipulate and agree as follows:

1. Capital One's current deadline to file its responsive pleading to the Complaint is May 22, 2024;

2. The Parties agree that good cause exists to extend the current responsive pleading deadline by twenty-one (21) days to allow the Parties time to continue to devote resources to exploring the potential for early resolution of this matter before incurring further fees and costs; and

4857-1521-4776.2

1      3.    The Parties agree to extend the deadline for Capital One to file a responsive pleading to the Complaint to June 12, 2024;

    4.    This stipulation is made in good faith and not for the purpose of delay.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended. Capital One shall file its responsive pleading on or before June 12, 2024.

DATED this 20th day of May, 2024.　　　　DATED this 20th day of May 2024.

McDONALD CARANO LLP　　　　　　　　FREEDOM LAW FIRM, LLC

By: */s/ Karyna M. Armstrong*　　　　　　　By: */s/ Gerardo Avalos*
    Aaron D. Shipley (NSBN 8258)　　　　　George Haines (NSBN 9411)
    Karyna M. Armstrong (NSBN 16044)　　Gerardo Avalos (NSBN 15171)
    2300 West Sahara Avenue, Suite 1200　　8985 South Eastern Ave., Suite 100
    Las Vegas, Nevada 89102　　　　　　　　Las Vegas, NV 89123

*Attorneys for Defendant Capital One Auto Finance, A Division of Capital One, N.A.*　　　　*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __5-22-24__